UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: APR 1 3 2015
```

Sloane Angell,

                Plaintiff,

–v–

Billabout, LLC, *et al.*,

                Defendants.

15-cv-0079 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On January 14, 2015, the Court set an initial pretrial conference in this action for April 17, 2015 at 11 a.m. *See* Dkt. No. 3. The parties were also ordered to prepare a joint letter and proposed case management plan, to be filed with the Court no later than seven days before the initial pretrial conference. Dkt. No. 3. To date, the Court has not received the parties' joint letter or proposed case management plan.

    It is therefore ORDERED that the parties shall submit a joint letter and proposed case management plan, in accordance with the Court's instructions in Docket No. 3, by April 15, 2015.

    SO ORDERED.

Dated: April 13, 2015
New York, New York

_____
ALISON J. NATHAN
United States District Judge

1