UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: APR 13 2015

Javier Monge,

            Plaintiff,

–v–

White Castle Management Co.,

            Defendant.

15-CV-85 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Per the Court's Order dated January 14, 2015, Dkt. No. 3, an initial pretrial conference in the above-captioned matter is scheduled for Friday, April 17, 2015. No later than Friday, April 10, 2015, the parties were to have submitted a Proposed Civil Case Management Plant and Scheduling Order along with a Joint Letter as described in the January 14, 2015 Order. As of Monday, April 13, 2015, the parties have failed to do so. Therefore, no later than Tuesday, April 14, 2015, the parties shall submit the two filings required by the Court's January 14, 2015 Order.

    SO ORDERED.

Dated: April 13, 2015
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

1